528

396 A.2d 27

Commonwealth v. Hardy, Appellant.

Submitted March 20, 1978. J. Graham Andes, Assistant Public Defender, for appellant; Frank J. Williams, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 27

Commonwealth v. Alfred Lewis Harris, Appellant.

Submitted November 14, 1977. Harry E. Knafelc, Assistant Public Defender, for appellant; Joseph S. Walko, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, P. J., and SPAETH, J., concurred in the result.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.